SLOAN et al., Appellants, v. KANSAS CITY STATE BANK et al.

### (No. 2.)

**Division One, November 12, 1900.**

Appeal from Cass Circuit Court.—*Hon. W. W. Wood, Judge.*

Reversed.

*D. B. Holmes* and *R. T. Railey* for appellants.

*J. T. Burney* and *R. H. Field* for respondents.

MARSHALL, J.—This is the plaintiff's cross-appeal.

The case is the same as Sloan et al., Respondents v. Kansas City State Bank et al., Appellants, page 431 of this volume. The plaintiffs appeal because the court ordered them to pay $4,546.88, as a condition precedent to the cancellation of the notes and return of the collaterals specified in the decree, and insist that they are not liable at all or if so the utmost that they are liable for is $368.25.

As the whole matter is reviewed in Cox, Appellant v. Sloan, Respondent, page 411 of this volume, it is unnecessary to go over the ground again. The plaintiffs were not prejudiced by the decree of the circuit court in this case, but because that decree was reversed on the defendant's appeal in this case, and in order to keep the record consistent and harmonious the same order will be entered in this case except that the appellant pay the costs of this cross-appeal. The judgment of the circuit court is reversed. All concur.